IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10868
Conference Calendar

_____


RICHARD TERRANCE AYERS,

Plaintiff-Appellant,

versus

JAMES A. COLLINS ET AL.,

Defendants,


STANLEY WILSON, Chaplain, Texas Department
of Criminal Justice, Robertson Unit,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:96-CV-100-BA
- - - - - - - - - -
April 10, 1998

Before JOLLY, JONES, and DUHÉ, Circuit Judges.

PER CURIAM:*

     Richard Terrance Ayers, Texas prisoner No. 468361, appeals
the summary-judgment dismissal of his civil rights claims against
Texas Department of Criminal Justice (TDCJ) Chaplain Stanley
Wilson.  Ayers argues that the summary-judgment evidence shows
that there are disputed material facts and that the district
court erred in concluding that Chaplain Wilson had no

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

constitutional duty to help Ayers resolve his problems with the TDCJ food service.  Having reviewed the record and the briefs of the parties, we AFFIRM for essentially the reasons set forth by the magistrate judge.[**]

AFFIRMED.

---

[**] The parties consented to proceed before the magistrate judge pursuant to 28 U.S.C. § 636(c).